LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, California 93709
Telephone:    (559) 779-2315
Facsimile:    (213) 352-1010

Attorney for Defendant
ROBERT MARTINEZ

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Court Case#: 1:14-cr-00147 |
|---|---|
| Plaintiff, | **STIPULATION AND O R D E R ON MODIFICATION OF CONDITIONS OF RELEASE** |
| v. | |
| ROBERT MARTINEZ | |
| Defendant. | |

Defendant ROBERT MARTINEZ, though his counsel, and the Plaintiff UNITED STATES of AMERICA, though its counsel, Michael Tierney, respectfully requests that the following stipulation be approved and the order modifying the conditions of his pre-trial release be granted. Mr. MARTINEZ is currently under GPS monitoring through Pre-Trial services and is requesting to change to a curfew supervision due to the scheduling of his employment.

Pre-Trial Services was contacted for verification of Defendant's compliance and they have indicated that Mr. Martinez is in compliance and support the modification.

Pursuant to the conditions of his pre-trial release, Mr.MARTINEZ has been in full compliance with the the terms of his Pre- Trial Release and never had any violations of the GPS monitoring.

///

As such, the Government and Mr. Martinez hereby stipulate that Mr.Martinez's conditions of the pre-trial release be modified from GPS monitoring to curfew.

| | |
|---|---|
| Date: 9/2/15 | */s/Yan E. Shrayberman* |
| | YAN E. SHRAYBERMAN |
| Date: 9/2/15 | */s/ ROBERT MARTINEZ* |
| | ROBERT MARTINEZ |
| DATE: 9/2/15 | */S/MICHAEL TIERNEY* |
| | MICHAEL TIERNEY |

**LAW OFFICES OF YAN E. SHRAYBERMAN**
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT MARTINEZ<br><br>　　　　Defendant. | Court Case#: 1:14-cr-00147-AWI-BAM (03)<br><br>**ORDER MODIFYING CONDITIONS<br>OF SUPERVISED RELEASE** |

**IT IS ORDERED**, that the conditions of ROBERTO MARTINEZ's (3) pretrial release are hereby modified to reflect that ROBERTO MARTINEZ JR. (3) Pre- Trial GPS monitoring is hereby modified to curfew to be administered by the Eastern District Pre-Trial Officers.

IT IS SO ORDERED.

Dated:   **September 8, 2015**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE