PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO MARTINEZ, JR.,<br><br>　　　　Debtor.<br><br>―――――――――――――――<br><br>HUNTER CUSTOM CARPENTRY, INC.<br><br>　　　　Garnishee. | CASE NO. 1:14-cr-00147-LJO-BAM<br><br>STIPULATION AND ORDER FOR CONTINUING GARNISHMENT OF WAGES |

　　　　The parties, the United States of America ("United States") and the debtor, Roberto Martinez, Jr. ("Martinez"), agree and stipulate as follows:

　　　　1.　　On December 7, 2015, Martinez was sentenced in this case and ordered to pay a statutory assessment of $200.00 and restitution of $125,884.05. As of August 1, 2024, Martinez owes $48,694.46.

　　　　2.　　The United States seeks to enforce the restitution. A writ of garnishment is an authorized remedy under the Federal Debt Collection Procedures Act to recover a judgment on a debt. *See* 28 U.S.C. § 3001(a)(1).

///

3. Garnishee, Hunter Custom Carpentry, Inc. ("Hunter"), has in its possession, custody, and control, property of Martinez; namely, non-exempt disposable earnings.

4. The parties stipulate that the Court should issue an order directing Hunter to garnish 20% of Martinez's non-exempt disposable earnings to be applied towards his restitution.

5. Martinez waives service of an Application for Writ of Garnishment and right to a hearing.  *See* 28 U.S.C. § 3205.

6. Martinez waives any right to elect an exemption.  *See* 18 U.S.C. § 3613(a)(1), incorporating IRS exemptions found at 26 U.S.C. § 6334(a)(1)-(8), (10), and (12).

7. Martinez has been told and understands that entering into this voluntary Stipulated Garnishment will not remove him from the Treasury Offset Program.

8. The parties agree and stipulate to the entry of this order.

Respectfully submitted,

FOR THE UNITED STATES:

PHILLIP A. TALBERT
United States Attorney

Dated: September 16, 2024    By:    /s/*Robin Tubesing*
ROBIN TUBESING
Assistant United States Attorney

FOR THE DEFENDANT:

Dated: August 28, 2024    By:    /s/*Roberto Martinez, Jr.*
ROBERTO MARTINEZ, JR., In Pro Per

STIPULATION AND ORDER FOR CONTINUING GARNISHMENT OF WAGES

2

**O R D E R**

The Court, having reviewed the court files and the parties' Stipulation and Order for Continuing Garnishment of Wages, and for good cause appearing, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Garnishee Hunter Custom Carpentry, Inc. is directed to withhold 20% from Roberto Martinez's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses beginning with the next pay period after receipt of this order;

2. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court," and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (1:14-cr-00147) shall be stated on the payment instruments;

3. The United States will notify the Garnishee when the debt is paid in full or if an order is entered by this Court that alters the terms of the stipulation;

4. Each party shall bear their own costs; and

5. The court shall retain jurisdiction to resolve matters through ancillary proceedings in this case, if necessary.

IT IS SO ORDERED.

Dated:   **September 16, 2024**

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR CONTINUING
GARNISHMENT OF WAGES

3